**E. H. Robinson, trading as Robinson Motor Sales, appellee, v. W. C. Handley, appellant. Gen. No. 34,061.**

Opinion filed May 29, 1930.

Newby & Murphy, for appellant; John K. Murphy and Geo. M. Burditt, of counsel. Cohen & Berke, for appellee; A. Henry Goldstein, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**Frank J. Allen, trading as Frank J. Allen & Company, appellee, v. R. J. Nitkey and Leonard T. Nitkey, appellants. Gen. No. 34,095.**

Opinion filed May 29, 1930. Rehearing denied June 10, 1930.

J. Kentner Elliott, for appellants. Packard, Barnes, McCaughey & Schumacher, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

**Central Life Insurance Company of Illinois, appellee, v. Sidney Hasterlik et al., defendants, on appeal of J. K. Harris, individually and as trustee and Harold L. Feigenholtz, appellants. Gen. No. 34,329.**

Opinion filed May 29, 1930.

Welch & Hoffman, for appellants. Frank J. Jacobson, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

**Central Life Insurance Company of Illinois, appellee, v. Sidney Hasterlik et al., defendants, on appeal of Louise Manor Building Corporation and J. K. Harris, individually and as trustee, appellants. Gen. No. 34,330.**

Opinion filed May 29, 1930.

Welch & Hoffman, for appellant J. K. Harris. S. Ruben, for appellant Louise Manor Building Corporation. Frank J. Jacobson, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.